IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EDDIE BRINKLEY												PETITIONER
ADC #124373

v.						4:18CV00022-JM

BOWIE COUNTY, TEXAS											RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED and the requested relief is DENIED.

2. Dated this 29th day of January, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE